JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __634__ -- In re Academy Life Insurance Company Estate Conservation Plan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/25 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Academy Life Insurance Company -- A-1 through A-17 -- w/cert. of service.  Suggested Transferee District:  E.D. Pa.  (rew) |
| 85/02/04 | | APPEARANCES:  JAMES W. CRABTREE, ESQ. for Academy Life Insurance Co., et al., PATRICK F. McMANEMIN, ESQ. for Jack M. Amason, Amason Holding Co., L. Gary Troth, Joy Fulton, Lincoln Life Ins. Co.; RANDALL J. FORBES, ESQ. for Alexander J. Stone; DONALD E. SHULTZ, ESQ. for Elva L. Housman, et al.; LEONARD BARRACK, ESQ. for Sight Improvement Center Pension Plan; RICHARD C. SMITH, ESQ. for Gulf Life Insurance Co. and Leo Lebos, Jr.; WESTON C. LOEGERING, ESQ. for William R. Lane; KENNETH S. CARROLL, ESQ. for Academy Services, Inc.; HARLEY S. TROPIN, ESQ. for David McLaws, Midwestern Marketing Service, Ira Thomas, Nationwide Marketing Service  (cds) |
| 85/02/07 | | APPEARANCES: THOMAS W. ST. JOHN, ESQ. for General Life Ins. Corp. of Wis.; PATRICK B. HOWELL, ESQ. for Maurice O. Harvill; JOHN C. BUTERA, ESQ. for Academy Insurance Group; ROBERT R. TEPPER, ESQ. for Southeast Life Ins. Co. of Florida  (cds) |
| 85/02/07 | | Letter w/Amended Certificate of Service -- Academy Life Ins. Co. -- (attached to pleading no. 1)  (cds) |
| 85/02/08 | 2 | REQUEST FOR EXTENSION OF TIME -- Sight Improvement Center Pension Plan -- GRANTED TO AND INCLUDING FEBRUARY 14, 1985  (cds) |
| 85/02/08 | 3 | REQUEST FOR EXTENSION OF TIME -- Gulf Life Insurance Co. -- GRANTED TO AND INCLUDING FEBRUARY 12, 1985  (cds) |
| 85/02/08 | 4 | RESPONSE -- Academy Insurance Group -- w/cert. of service  (cds) |
| 85/02/11 | 5 | RESPONSE -- William R. Lane -- w/cert. of service  (cds) |
| 85/02/11 | 6 | RESPONSE, BRIEF -- Southeast Life Insurance Co. of Florida -- w/cert. of service  (cds) |
| 85/02/11 | 7 | RESPONSE -- defts. Ira L. Thomas, David McLaws, Midwestern Marketing Services, Inc., and Nationwide Marketing Systems, Inc. -- w/cert. of service  (cds) |
| 85/02/11 | 8 | RESPONSE -- Academy Services, Inc. -- w/cert. of service  (cds) |
| 85/02/11 | 9 | RESPONSE, BRIEF -- Elva L. Housman -- w/cert. of service  (cds) |
| 85/02/12 | 10 | RESPONSE -- Jack Amason, Amason Holding Co., Lincoln Life Ins. Co., ... |

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 634 -- In re Academy Life Insurance Company Estate Conservation Plan Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/02/12 | 10 | RESPONSE -- Jack Amason, Amason Holding Co., Lincoln Life Ins. Co., Jack Amason d/b/a Jack Amason Agency and Joy Fulton -- w/cert. of service  (cds) |
| 85/02/12 | 11 | CROSS-MOTION (A-1 - A-17 EXCLUDES A-10) -- 12 PARTIES: Jack Amason, Amason Holding Co., Lincoln Life Ins. Co., Jack Amason d/b/a Jack Amason Agency and Joy Fulton; William R. Lane; Andy Springer; Fred Thomas; FAA Leasing Co. and Big River, Inc. -- w/Brief, Schedule and cert. of service, SUGGESTED TRANSFEREE DISTRICT: N.D.TEXAS  (cds) |
| 85/02/12 | 12 | RESPONSE -- Gulf Life Ins. Co. and Leo Lebos, Jr. -- w/cert. of service (cds) |
| 85/02/12 | 13 | RESPONSE -- General Life Insurance Corp. of Wisc. -- w/cert. of service  (cds) |
| 85/02/13 | 14 | AMENDMENT TO MOTION TO TRANSFER (adding A-18) -- Academy Life Insurance Company -- w/cert. of service  (cds) |
| 85/02/13 | 15 | RESPONSE -- Maurice O. Harvill -- w/cert. of service  (cds) |
| 85/02/14 | 16 | RESPONSE -- Sight Improvement Center Pension Plan and Waldo Coons -- w/cert. of service  (cds) |
| 85/02/15 | | APPEARANCE:  R. L. McSPEDDEN, ESQ. for Loyson Gary Troth  (cds) |
| 85/02/20 | | CORRECTED AMENDED MOTION -- Academy Life Ins. Co. (Attached to pleading no. 14)  (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion and cross-motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/02/21 | 17 | RESPONSE -- Alexander J. Stone -- w/cert. of service  (cds) |
| 85/02/22 | 18 | REPLY -- Academy Live Insurance Co. -- w/Attachments and cert. of service  (cds) |
| 85/02/22 | | APPEARANCE:  ERNEST E. FIGARI, JR., ESQ. for InterFirst Bank Galleria, N.A. (cds) |
| 85/02/25 | | APPEARANCE -- WILLIAM G. ADAMSON, ESQ. for Jack A. Brown  (ds) |
| 85/03/01 | 19 | RESPONSE/BRIEF -- deft. InterFirst Bank Galleria, N.A. w/cert. of svc.  (ds) |
| 85/03/08 | | APPEARANCE:  STEPHEN A. KHOURY, ESQ. for Andy Springer  (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 634 -- In re Academy Life Insurance Company Estate Conservation
Plan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/03/20 | 20 | AMENDMENT OF MOTION -- amending motion to include A-19 Herman A. Roth v. Academy Life Insurance Co., et al., S.D. Indiana, C.A. No. EV-85-94-C -- Academy Life Insurance Co. w/cert. of svc. Notified involved counsel. (ds) |
| 85/03/25 | 21 | AMENDMENT TO MOTION -- amending motioin to include A-20 Gerald E. Ernest. Et al. v. Academy Life Insurance Group, Inc., N.D. Ohio, C.A. No. C-85-7316 -- filed by Academy Life Insurance Co. w/cert. of svc. Notified involved counsel. (ds) |
| 85/03/28 | | HEARING APPEARANCES: JAMES W. CRABTREE, ESQ. for Academy Life Insurance Co., and Pension Services, Inc.; PATRICK F. MCMANEMIN, ESQ. for Jack Amason, Amason Holding Co., et al., Lincoln Life Insurance Co., L. Gary Troth and Joy Fulton; LEONARD BARRACK, ESQ. for Sight Improvement Center Pension Plan; WILLIAM B. KILLIAN, ESQ. for Gulf Life Insurance Co. and Leo Lebos, Jr.; ROBERT R. TEPPER, ESQ. for Southeast Life Insurance Co. of Florida; KENNETH R. HEITZ, ESQ. for General Life Ins. Co. of Wisconsin; ERNEST E. FIGARI, JR., ESQ. for InterFirst Bank Galleria, N.A. (rh) |
| 85/03/28 | | WAIVER OF ORAL ARGUMENT: Alexander J. Stone; Jack A. Brown; William R. Lane; Academy Insurance Group; David McLaws; Midwestern Marketing Service; Ira Thomas; Nationwide Marketing Service; Andy Springer; Maurice O. Harvill (rh) |
| 85/04/02 | 22 | SUPPLEMENTAL MEMORANDUM BRIEF -- Amason Holding Co., Lincoln Life Insurance Co., Jack M. Amason, L. Gary troth, and Joy Fulton w/cert. of svc. (ds) |
| 85/04/16 | | SUBSTITUTION OF COUNSEL-- Deleting Weston Loegering, replacing it with Jim Lane for Mr. WILLIAM R. LANE (emh) |
| 85/04/22 | | CONSENT TO TRANSFEREE COURT -- for transfer or litigation to N.D. Texas to the Hon. Barefoot Sanders pursuant to 28 U.S.C. §1407 (rh) |
| 85/04/22 | | ORDER -- transferring A-12, A-14, A-15, A-16, A-17 consolidate with A-3,A-4, A-5, A-6 to the N.D. Texas pursuant to 28 U.S.C. §1407; order also denied A-1, A-2, A-8, A-19, A-20; order made no determine on A-7, A-18. Notified involved counsel, clerks, judges and misc. recipients (rh) |

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 634 -- In re Academy Life Insurance Company Estate Conservation
Plan Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/09/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Co., E.D. Pennsylvania, C.A. NO. 85-2947 (LB) -- Notified involved counsel and judges (rh) |
| 85/09/23 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Co., E.D. Pa., C.A. No. 85-2947 (LB) -- Notified involved judges and clerks (rh) |
| 85/09/23 | 23 | NOTICE OF OPPOSITION TO CTO (B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Co., E.D. Pa., C.A. No. 85-2947 (LB)) -- pltf. Academy Life Insurance Co. -- Notified involved counsel (OPPOSITION RECEIVED AFTER STAY LIFTED, TOLD TRANSFEREE DISTRICT NOT PROCESS ORDER AND TO RETURN OUR PAPERS) (cds) |
| 85/09/30 | 24 | MOTION TO VACATE CTO -- (B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Co., E.D. Pa., C.A. No. 85-2947(LB) -- plt. Academy Life Insurance Co. -- w/cert. of service (cds) |
| 85/10/18 | | HEARING ORDER -- setting opposition Academy Life Insurance Co., to transfer B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Company for hearing on 11/21/85 om Portland Oregon (paa) |
| 85/10/29 | 25 | LETTER W/ATTACHMENT -- dated October 24, 1985 and signed by J. Kent Davenport counsel for Lincoln Life -- w/cert. of service (cds) |
| 85/11/04 | 26 | SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO VACATE CTO -- (to pldg. #24) Academy Life Insurance Co. -- w/cert. of svc. (rh) |
| 85/11/21 | | HEARING APPEARANCE -- JAMES W. CRABTREE, ESQ., for Academy Life Insurance Co. (paa) |
| 85/11/21 | | WAIVER OF ORAL ARGUMENT -- Bankers Protective Life Insurance Company; Academy Life Insurance Company; Ralph Plummer; Academy Life Insurance Company Estate Conservation Plan Litigation, et al. (paa) |
| 85/12/02 | | ORDER DENYING TRANSFER -- B-21 Academy Life Insurance Co. v. Lincoln Life Insurance Co., E.D. Pennsylvania, C.A. No. 85-2947 (LB) -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 634 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Academy Life Insurance Company Estate Conservation Plan Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/28/85 Los Angeles, CA | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/22/85 | TO | Unpublished | Tex.,N. *539* | Barefoot Sanders | |

MDL-634-H

### Special Transferee Information

DATE CLOSED: *3/24/88*

LISTING OF INVOLVED ACTIONS

JPML FORM 1

DOCKET NO. 634 -- In re Academy Life Insurance Company Estate Conservation Plan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Academy Life Insurance Company, et al. v. Gulf Life Inusrance Company, et al. | S.D.Fla. Atkins | 84-2219-Civ | ← Denied → | | | order 4/2/85 |
| A-2 | Academy Life Insurance Company, et al. v. General Life Insurance Company of Wisconsin, et al. | E.D.Wisc. Curran | 84-C-1304 | ← Denied → | | | order 4/2/85 |
| A-3 | Jack Amason v. Academy Services, Inc. | N.D.Tex. Sanders | CA3-84-0701-H | | | 13/86 D | coordination order 4/22/85 |
| A-4 | Amason Holding Company, et al. v. Academy Life Insurance Company, et al. | N.D.Tex. Sanders | CA3-84-0702-H | | | 13/86 D | coordination order 4/22/85 |
| A-5 | Academy Life Insurance Company, et al. v. Jack M. Amason, et al. | N.D.Tex Sanders | CA3-84-0703-H | | 8/3/87 | closed | coordination order 4/2/85 |
| A-6 | Lincoln Life Insurance Co. v. Academy Life Insurance Co. | N.D.Tex Sanders | CA3-85-0148-H | | | 9/86 | coordination 4/22/85 |
| A-7 | Alexander J. Stone, etc., et al. v. Academy Life Insurance Co., et al. | D.Ariz. Carroll Sanders | 84-1717 Phx EHC CA3-85-438 | ✓ | 3/24/88 | | coordinated |
| A-8 | Elva L. Housman, etc. v. Academy Life Insurance Co., et al. | D. Kans. O'Connor | 84-4304 | ← Denied → | | 4.22.85 | |
| A-9 | Lois I. Harmon v. Academy Life Insurance Company, et al. | W.D.Ok. West | Civ-84-2523-W | | | 2/21/85 D | |

DOCKET NO. 634 __ In re Academy Life Insurance Company Estate Conservation Plan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | In re Academy Insurance Securities Litigation | E.D.Pa. Green | Master File No. 83-6026 | | | | |
| A-11 | Academy Life Insurance Co., et al. v. Dean Barney | E.D.Pa. Katz | 84-4990 | | *NT* | 10/16/86 D | closed 12/84 |
| A-12 | Academy Life Insurance Co., et al. v. Jack A. Brown | E.D.Pa. Cahn | 84-4988 | 4/29/85 | 85-0771-H | | |
| A-13 | Academy Life Insurance Co.,et al. v. Hugh Maxwell Roth | E.D. Pa. Shapiro | 84-4989 | | *NT* | | closed 12/84 |
| A-14 | Academy Life Insurance Co., et al. v. Steve Serafimidis | E.D.Pa. Lord | 84-4987 | 4/29/85 | 85-0772-H | 10/5/86 D | |
| A-15 | Academy Life Insurance Co., et al. v. Mary Katherine Ersley | E.D.Pa. Giles | 85-0370 | 4/29/85 | 85-0773-H | 8/10/87 D | |
| A-16 | Academy Life Insurance Co., et al. v. Ralph Fern | E.D. Pa. Green | 85-0371 | 4/29/85 | 85-0774-H | 12/5/86 D | |
| A-17 | Academy Life Insurance Co., et al. v. Joe Zito | E.D.Pa. Giles | 85-0369 | 4/29/85 | 85-0775-H | 12/5/86 D | |
| A-18 XYZ | Academy Life Insurance Co., et al. v. InterfFrst Bank Galleria, N.A. | N.D.Tex. Fish | 3-85-0152-G | | 85-0150-H | 1/87 D | Captermate |
| A-19 | Herman A. Roth v. Academy Life Insurance Co., et al. | S.D.Ind. Brooks | EV-85-94-C | ← Denied → | | | on amended pdg. # 20 |
| A-20 | Gerald E. ERnst, et al. v. Academy Life Insurance Group, Inc. | N.D.Ohio Walinski | C-85-7316 | ← Denied → | | | |
| B-21 | Academy Life Insurance Co., v. Lincoln Life Insurance Company | E.D.Pa. Bechtle | 85-2947 (LB) | | | | |

July 1985 — 5 ...

July 1986 — 11 Pdg.

9-5-85   9/23/85

July 1987 — 4 Disp / 7 Pending
July 1988 — 7 Dis / Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 6<u>34</u>   --   <u>In re Academy Life Insurance Co. Estate Conservation</u>

<u>Plan Litigation</u>

<u>     (Liaison counsel designated by J. SandersOrder filed on 9/3/85)     </u>

| | |
|---|---|
| ACADEMY LIFE INSURANCE CO.-<br>ACADEMY SERVICES INC.<br>PENSION LIFE INSURANCE CO. OF<br>  AMERICA<br><u>PENSION SERVICES, INC.</u><br>James W. Crabtree, Esq.<br>Smathers & Thompson<br>2170 Charlotte Plaza<br>Charlotte, N.C. 28244 | <u>MARY KATHERINE EARSLEY</u><br>Robert K. Frisch, Esquire<br>Frisch & Foreman<br>1125 Frito Lay Tower<br>P.O. Box 4553A<br>Dallas, Texas  75245 |
| JACK M. AMASON<br>GARY TROTH<br>AMASON HOLDING CO.<br>JACK AMASON AGENCY<br>BIG RIVER, INC.<br>LINCOLN LIFE INSURANCE CO<br><u>FAA LEASING CO., INC.</u><br>J. Kent Davenport, Esquire<br>Newman, Shook & McManemin, P.C.<br>2050 Americas Tower<br>Dallas, Texas  75201 | |
| <u>BANKERS PROTECTIVE LIFE INSURANCE CO.</u><br>Greg White, Esquire<br>McGregor & White<br>P.O. Box 8193<br>Waco, TExas  76710 | |
| <u>INTERFIRST BANK GALLERIA, N.A.</u><br>Ernest Figari, Esqurie<br>Johnson & Swanson<br>Founders Square<br>900 Jackson Street<br>Dallas, Texas  76202-4499 | |
| <u>JACK A. BROWN</u><br>Franklin H. Perry, Esquire<br>Thompson, Coe, Cousins & Irons<br>2001 Bryan Tower, Suite 1000<br>Dallas, Texas  75201 | |
| <u>RALPH PLUMMER</u><br>J. Grant McCabe, III, Esquire<br>Rawle & Henderson<br>211 South Broad Street<br>Philadelphia, Pa.  19107 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __634__ -- __In re Academy Life Insurance Company Estate Conservation__

__Plan Litigation__

---

ACADEMY LIFE INSURANCE CO., ET AL.
(A-1; A-2; A-5; A-11; A-12; A-13;
A-14; A-15; A-16; A-17 (also defendant
in some actions)
James W. Crabtree, Esquire
Smathers & Thompson
2170 Charlotte Plaza
Charlotte, NC  28244

JACK AMASON (A-3)
AMASON HOLDING COMPANY, ET AL. (A-4)
LINCOLN LIFE INSURANCE CO. (A-6)
JOY FULTON
J. Kent Davenport, Esquire
Newman, Shook & McManemin
2323 Bryan, 2050 Americas Tower, LB135
Dallas, Texas  75201

ELVA L. HOUSMAN, ET AL.
Donald E. Shultz, Esquire
Shultz & Associates
108 West Wyatt Earp Blvd.
Post Office Box 14323
Dodge City, Kansas  66601

JACK A. BROWN
Franklin H. Perry, Esquire
Thompson, Coe, Cousins & Irons
2001 Bryan Tower
Suite 1000
Dallas, Texas 75201

---

SIGHT IMPROVEMENT CENTER PENSION PLAN
(Pltf. in A-10)
Leonard Barrack, Esquire
Barrack, Rodos & Bacine
Suite 2100
1845 Walnut Street
Philadelphia, PA  19103

MR. WILLIAM R. LANE
Jim Lane, Esquire
Lane, Lane, Ware & Bays
204 W. Central
Fort Worth, Texas  76106

ACADEMY SERVICES, INC.
Kenneth S. Carroll, Esquire
Johnson & Cravens
1355 Mercantile Dallas Building
Dallas, Texas  75201

SOUTHEAST LIFE INSURANCE CO. OF FLORIDA
Robert R. Tepper, Esquire
Rosenthal & Schanfield
55 East Monroe Street
Chicago, Illinois  60603

ANDY SPRINGER
Stephen A. Khoury, Esquire
Kelson & Kelsoe
5830 Aplha Road
Suite 101
Dallas, Texas  75240

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ 2

DOCKET NO. _____ -- _____

| | |
|---|---|
| JACK AMASON AGENCY | FREDERICK THOMAS (no appearance received) |
| BIG RIVER, INC. | Ron V. Berkowitz, Esquire |
| BANKERS PROTECTIVE LIFE INS. CO. | Wilkinson & Oliver |
| FAA LEASING CO. | 12221 Merit Drive |
| (no appearance reciver) | Suite 1450 |
| Charles McGregor, Esquire | Dallas, Texas  75240 |
| McGregor & White | |
| P.O. Box 8193 | |
| Waco, Texas  76710 | |

UNABLE TO DETERMINE COUNSEL
FOR THE FOLLOWING PARTIES:

JOE ZITO
KEVIN KOOYMAN
RANDY KUHLER
RALPH FERN
AMERICAN INTERNATIONAL MARKETING
DAVID G. HANNA
MIKE DAVIS
AARON WADROP

ACADEMY INSURANCE GROUP
John C. Butera, Esquire
Butera, Beausang, Moyer & Cohen
700 Valley Forge Plaza
King Prussia, PA  19406

INTERFIRST BANK GALLERIA, N.A.
Ernest E. Figari, Jr., Esquire
Johnson & Swanson
Founders Square
900 Jackson Street
Dallas, Texas  75202

LOYSON GARY TROTH
R. L. McSpedden, Esquire
Collie, McSpedden & Roberts
333 Lee Parkway, Suite 850
Dallas, Texas  75219

JPML FORM 3

p. <u>1</u>

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>634</u>  --   In re Academy Life Insurance Company Estate Conservation
                            Plan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| √ Gulf Life Insurance Company | A-1, |
| ∨ Leo Lebos, Jr. | A-1 |
| √ David McLaws | A-1 |
| ∫ Midwest Marketing Services | A-1 |
| Nationwide Marketing Service | A-1 |
| Southeast Life Insurance Company of Florida | A-1 |
| Ray T. Blank | A-1 |
| ∫ Ira Thomas | A-1 |
| Frederick Thomas   Fred Thom | A-1  A-5 |
| Michael Armour | A-1 |
| Robert Lobdell | A-1 |

p. __2__

| | |
|---|---|
| Donna Ferguson | A-1 |
| Melbin Connelly | A-1 |
| Dennis Patridge | A-1 |
| Gulf Life Agency | A-1 |
| General Life Insurance Corp. of Wisconsin | A-2 |
| Maurice O. Harvill | A-2 |
| Daniel G. Shreve | A-2 |
| Hugh Maxwell Roth | A-2  A-13 |
| Academy Services, Inc. | A-3, A-4 |
| Academy Life Insurance | A-4, A-7, A-8, A-9, |
| Jack M.  Amason | A-5, A-7 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __634__ -- In re Academy Life Insurance Company Estate Conservation Plan
Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Amason Holding Company | A-5, A-7 |
| Fred Thomas | A-5 |
| Andy Springer | A-5 |
| Loyson Gary Troth | A-5, A-7 |
| Joe Zito | A-5, A-17 |
| Steve Young | A-5 |
| Kevin Kooyman | A-5 |
| Randy Kuhler | A-5 |
| Ralph Fern | A-5 |
| William R. Lane | A-5 |
| Jack Amason Agency | A-5 |

p. 4

| | |
|---|---|
| Big River, Inc. | A-5 |
| American International Marketing | A-5 |
| Lincoln Life Insurance Company | A-5 , A-6 B-21 |
| FAA Leasing Company | A-5 |
| Banker's Protective Life Insurance Company | A-5 |
| Joy Fulton | A-6 |
| David G. Hanna | A-7 |
| Mike Davis | A-7 |
| Aaron Wadrop | A-8 |
| Dean Barney | A-11 |
| Jack Brown | A-12 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 634 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| H̶u̶g̶h̶ ̶M̶a̶x̶w̶e̶l̶l̶ Roth | A̶-̶1̶3̶ |
| Steve Serafimidis | A-14 |
| InterFirst Bank Galleria, N.A. | |
| | |
| A̶c̶a̶d̶e̶m̶y̶ Academy Life Insurance Group, Inc. | A-20 |
| | |
| | |
| | |
| | |
| | |
| | |